UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MELODY THOMAS and MILA ORTIZ on behalf of themselves and others similarly situated, | Case No. 2:25-cv-12408-DML-DRG |
| | Hon. David M. Lawson |
| Plaintiffs, | Magistrate Judge David R. Grand |
| v. | |
| COAST 2 COAST LENDERS, LLC, | |
| Defendant. | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiffs and the proposed class.

        Respectfully Submitted,

        BLACKMORE LAW PLC

        /s/ George T. Blackmore
        By: George T. Blackmore (P76942)
        1100 Owendale Drive
        Suite M
        Troy, MI 48083
        Phone: (888) 835-2993
        george@blackmore.law
        *Local Counsel for Plaintiffs and the*
        *proposed class*

Dated: October 9, 2025

## **CERTIFICATE OF SERVICE**

I certify that on October 9, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

        /s/ George T. Blackmore
        George T. Blackmore