# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| **MILA ORTIZ; MELODY THOMAS** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:25-cv-12408-DML-DRG ) |
| **COAST 2 COAST LENDERS, LLC** | ) ) ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Tristan Gardner, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Coast 2 Coast Lenders, LLC in Oakland County, MI on September 27, 2025 at 9:44 am at 8233 Gitzen St, Commerce Township, MI 48382-4578 by leaving the following documents with Steven Doe who as Registered Agent at CSC is authorized by appointment or by law to receive service of process for Coast 2 Coast Lenders, LLC.

Notice, Consent, and Reference of a Civil Action to a Magistrate Judge
Civi Cover Sheet
Class Action Complaint
Summons in a Civil Action
Civil Motion Practice
Standard Orders, Notices, and Trial Documents

Middle Eastern Male, est. age 45-54, glasses: N, Brown hair, 200 lbs to 220 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=42.5857883333,-83.4469133333
Photograph: See Exhibit 1


Standard Serve 13770 West Nine Mile Road, Oak Park, MI 48237 1@$97.00=$97.00
Standard Serve 8233 Gitzen St, Commerce Township, MI 48382-4578 1@$175.00=$175.00

Total Cost: $272.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Livingston County__ , __MI__ on __9/30/2025__ .

/s/ *Tristan Gardner*

Signature
Tristan Gardner
+1 (517) 551-0800



Exhibit 1a)