UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Melody Thomas, et al.,

                Plaintiff(s),

v.                                    Case No. 2:25−cv−12408−DML−DRG
                                          Hon. David M. Lawson

Coast 2 Coast Lenders, LLC,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.  The following motion(s) are scheduled for hearing:

      Motion − #5

- MOTION HEARING:  January 29, 2026 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/S. Pinkowski
                                              Case Manager

Dated:  November 14, 2025