UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELODY THOMAS and
MILA ORTIZ,

    Plaintiffs,                                                  Case Number 25-12408

v.                                                              Honorable David M. Lawson

COAST 2 COAST LENDERS, LLC,

    Defendant.

_____/

## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

    **YOU ARE NOTIFIED TO APPEAR ON: January 29, 2026 at 3:30 p.m.** for a Case Management Status and Scheduling Conference to be held IN PERSON at U.S. District Court, 231 W. Lafayette Blvd., Room 775, Detroit, MI 48226.

    **COUNSEL shall prepare and serve on opposing counsel and the Judge's chambers (via email), ONE WEEK PRIOR TO THE CONFERENCE, a short statement (double-spaced), which:**

- Summarizes the background of the action and the principal factual and legal issues;

- Outlines the proposed discovery;

- Describes any outstanding or anticipated discovery disputes, and the basis you have for any objection;

- Discloses insurance available to satisfy part or all of a judgment, including indemnification agreements; and

- Proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates.

Counsel are encouraged to discuss their statements prior to the Status and Scheduling Conference. These short statements **must <u>not</u> be efiled with the Clerk of the Court**. They should be faxed to Chambers at **(313) 234-2669** or emailed to the Judge's Case Manager, Susan Pinkowski, at *Susan_Pinkowski@mied.uscourts.gov*. <u>If counsel have met/conferred pursuant to Fed. R. Civ. P. 26(f)</u>, your proposed discovery plan **<u>shall</u> be efiled with the Clerk of the Court** in lieu of these statements, <u>supplemented, as necessary, to provide the above information</u>.

Please be prepared to discuss the following at the Scheduling Conference:

- The issues and narrowing the issues;
- Subject matter jurisdiction;
- Relationship to other cases;
- Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
- Settlement, including alternative dispute resolution;
- Progress of discovery (counsel are instructed to commence significant discovery prior to the conference);
- Issues which may appropriately be resolved by motion; and
- Estimated trial length.

**IT IS PLAINTIFF'S COUNSEL'S RESPONSIBILITY TO NOTIFY ALL PARTIES OF THE SCHEDULING CONFERENCE.**

**Counsel are directed to discuss with their client case evaluation (formerly "mediation") and the prospect of obtaining authority to stipulate to be bound by the provisions of Mich.**

**Ct. R. 2.403, including the section dealing with sanctions.** Counsel are advised to have their calendars available for the scheduling of dates.

Again, if the parties prepare individual short statements, they should be emailed to the Case Manager. If a joint discovery plan is prepared, it should be docketed in CM/ECF. Please email with any questions.

s/Susan Pinkowski
Susan Pinkowski, Case Manager
(313) 234-2662

Dated: November 14, 2025