AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| Thomas et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:25-cv-12408-DML-DRG |
| Coast 2 Coast Lenders, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Melody Thomas and Mila Ortiz.

Date:   11/18/2025

/s/ Cassandra P. Miller
*Attorney's signature*

Cassandra P. Miller
*Printed name and bar number*

Strauss Borrelli PLLC
980 N Michigan Ave Ste 1610
Chicago, IL 60611-7502
*Address*

cmiller@straussborrelli.com
*E-mail address*

(872) 263-1100
*Telephone number*

(872) 263-1109
*FAX number*