IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MILA ORTIZ and MELODY THOMAS on behalf of themselves and others similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>COAST 2 COAST LENDERS, LLC<br><br>　　　　　　Defendant. | Case No.  2:25-cv-12408-DML-DRG<br>ECF |

## APPEARANCE OF KHOA TRINH

To: Clerk of the Court and Attorneys of Record

　　Please enter the Appearance of Khoa Trinh of the law firm Aronberg Goldgehn Davis & Garmisa as counsel for the Defendant, Coast 2 Coast Lenders, LLC in the above captioned matter.

Date: December 9, 2025　　　　　　Respectfully submitted,

/s/James J. Sarconi　　　　　　　　/s/ Khoa D. Trinh
　　James J. Sarconi (P66101)　　　　Khoa D. Trinh (ILBar ID 6351044)
　　**SMITH & SARCONI PLC**　　　　Nathan H. Lichtenstein (IL Bar ID: 1655469)
　　13900 Lakeside Circle, Suite 203　**ARONBERG GOLDGEHN DAVIS & GARMISA**
　　Sterling Heights MI 48313　　　　225 W. Washington St., Suite 2800
　　(586) 884-5420　　　　　　　　Chicago, IL 60606
　　jsarconi@s2attorneys.com　　　　(312) 755-3177
　　　　　　　　　　　　　　　　ktrinh@agdglaw.com
　　　　　　　　　　　　　　　　nlichtenstein@agdglaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below I caused a copy of the foregoing Appearance, along with all supporting papers, to be filed with the Court's CM/ECF system, which will serve copies on all counsel of record.

Dated: December 9, 2025                              Respectfully Submitted,

                                                              /s/ Khoa Trinh
                                                              Aronberg Goldgehn Davis & Garmisa