UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELODY THOMAS and MILA ORTIZ,

        Plaintiffs,                              Case Number 25-12408

v.                                                       Honorable David M. Lawson

COAST 2 COAST LENDERS, LLC,

        Defendant.

_____/

## ORDER DISMISSING MOTION TO DISMISS

On August 5, 2025, the plaintiffs filed their complaint under the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.*, alleging that the defendant violated the TCPA by calling their phone numbers repeatedly after being told to desist. The defendant responded by filing a motion to dismiss arguing that the pleading failed to allege that any of the phone numbers from which calls were placed were associated with the defendant. The plaintiffs filed an amended complaint on December 1, 2025. Among other things, the amended pleading alleges that callers contacting the plaintiffs stated that they were calling on behalf of the defendant. Am. Compl. ¶ 47, ECF No. 11, PageID.45 ("Plaintiff Ortiz received one such call on June 2, 2025 from Defendant at phone number 407-749-1666 at 9:54 a.m. Plaintiff Ortiz answered this phone call, and the caller identified itself [sic] as Coast 2 Coast. Therefore, this number belonged to Coast 2 Coast, was used by Coast 2 Coast, and was dialed by an agent acting for Coast 2 Coast."). The amended complaint, which now is the operative pleading, includes revised factual allegations that address or at least materially impact the arguments raised in the motion to dismiss that was filed to challenge the now obsolete original complaint. The motion therefore is moot and will be dismissed.

- 2 -

Accordingly, it is **ORDERED** that the defendant's motion to dismiss (ECF No. 5) is **DISMISSED**.  The defendant must answer or otherwise respond to the amended complaint within the time specified by Federal Rule of Civil Procedure 12(a).

s/David M. Lawson  
DAVID M. LAWSON  
United States District Judge

Dated:   December 11, 2025