# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MILA ORTIZ and MELODY THOMAS on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COAST 2 COAST LENDERS, LLC<br><br>    Defendant. | Case No.  2:25-cv-12408-DML-DRG<br>ECF |

## APPEARANCE OF NATHAN H. LICHTENSTEIN

To: Clerk of the Court and Attorneys of Record

  Please enter the Appearance of Nathan H. Lichtesnstein of the law firm Aronberg Goldgehn Davis & Garmisa as counsel for the Defendant, Coast 2 Coast Lenders, LLC in the above captioned matter.

Date: December 16, 2025    Respectfully submitted,

| | |
|---|---|
| /s/James J. Sarconi<br>James J. Sarconi (P66101)<br>**SMITH & SARCONI PLC**<br>13900 Lakeside Circle, Suite 203<br>Sterling Heights MI 48313<br>(586) 884-5420<br>jsarconi@s2attorneys.com | /s/ Nathan H. Lichtenstein<br>Khoa D. Trinh (ILBar ID 6351044)<br>Nathan H. Lichtenstein (IL Bar ID: 1655469)<br>**ARONBERG GOLDGEHN DAVIS & GARMISA**<br>225 W. Washington St., Suite 2800<br>Chicago, IL 60606<br>(312) 755-3177<br>ktrinh@agdglaw.com<br>nlichtenstein@agdglaw.com |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below I caused a copy of the foregoing Appearance, along with all supporting papers, to be filed with the Court's CM/ECF system, which will serve copies on all counsel of record.

Dated: December 16, 2025　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Nathan H. Lichtenstein
　　　　　　　　　　　　　　　　　　　　Aronberg Goldgehn Davis & Garmisa