UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELODY THOMAS and MILA ORTIZ,

        Plaintiffs,                      Case Number 25-12408

v.                                            Honorable David M. Lawson

COAST 2 COAST LENDERS, LLC,

        Defendant.
_____/

## ORDER DIRECTING DEFENDANT TO ANSWER THE COMPLAINT

In response to the amended complaint, the defendant has filed a motion to dismiss under Federal Rules of Civil Procedure 12(b)(6).  Federal Rule of Civil Procedure 12(a)(4) authorizes the Court to set a time for serving an answer when a motion has been served under Rule 12.  *Hill v. Blue Cross and Blue Shield of Michigan*, 237 F.R.D. 613, 617 (E.D. Mich. 2006) ("[T]his Court recognizes that Rule 12(a)(4) also provides that a court may order an answer to be filed at a time *other than* after the motion to dismiss has been denied or the court has postponed consideration of the motion.") (citing Fed. R. Civ. P. 12(a)(4)).  The Court believes that having the defendant's answer filed before the motion to dismiss is decided will advance the progress of the litigation.

Accordingly, it is **ORDERED** that the defendant must file its answer to the amended complaint **on or before January 8, 2026**.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Dated:  December 18, 2025