UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MILA ORTIZ and MELODY THOMAS, *on behalf of themselves and others similarly situated,*<br><br>      Plaintiff,<br><br>vs.<br><br>COAST 2 COAST LENDERS, LLC,<br><br>      Defendant. | No.: 2:25-cv-12408-DML-DRG |

**JOINT STIPULATION TO EXTEND TIME FOR
PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

  Mila Ortiz and Melody Thomas ("Plaintiffs") and Coast 2 Coast Lenders, LLC ("Defendant") (together, the "Parties") hereby submit this Joint Stipulation to Extend Time for Plaintiffs' Response to Defendant's Motion to Dismiss. In support, the Parties state as follows:

  1. On December 1, 2025, Plaintiffs filed their First Amended Class Action Complaint. *See* ECF No. 11.

  2. On December 15, 2025, Defendant filed its Motion and Brief to Dismiss the First Amended Complaint (the "Motion"). *See* ECF No. 14.

  3. Currently, Plaintiffs' response to the Motion is due on January 5, 2025.

  4. On December 22, 2025, the Court reset the hearing on the Motion to

1

February 19, 2026 (the "Motion Hearing").

5. Due to overlapping deadlines and the intervening holidays, the Parties respectfully request that the Court extend the deadline for Plaintiffs' response to the Motion by fourteen (14) days to January 19, 2026.

6. If approved, then the deadline for Defendant's reply brief would be February 2, 2026.

7. In sum, the Parties propose the following briefing schedule:

- Plaintiff's response shall be due on January 19, 2026;
- Defendant's reply shall be due on February 2, 2026; and
- The schedule Motion Hearing shall remain at the same scheduled time of February 19, 2026.

8. Thus, the requested extension will not cause undue delay. And the proposed extensions would adhere to LR 7.1(e)(2)(B) (requiring that "a reply brief supporting such a motion must be filed within 14 days after service of the response, but not less than 3 days before the motion hearing").

9. A proposed order is submitted herein.

WHEREFORE, the Parties respectfully request that the Court amend the briefing schedule as requested herein.

*[Counsel signature block to follow on next page.]*

Date:  December 23, 2025

/s/ Cassandra P. Miller
Cassandra P. Miller
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
cmiller@straussborrelli.com
raina@straussborrelli.com

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 617-485-0018
Fax: 508-318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiffs*


/s/ Nathan H. Lichtenstein
Nathan H. Lichtenstein
(IL Bar #1655469)
Khoa D. Trinh (IL Bar #6351044)
**ARONBERG GOLDGEHN**
225 W. Washington St., Suite 2800
Chicago, IL 60606
(312) 755-3177
nlichtenstein@agdglaw.com
ktrinh@agdglaw.com

*Attorneys for Defendant*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below I caused a copy of the foregoing motion, along with all supporting papers, to be filed with the Court's CM/ECF system, which will serve copies on all counsel of record.

Date:  December 23, 2025

*/s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: 872-263-1100
Fax: 872-263-1109
cmiller@straussborrelli.com