UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MELODY THOMAS and MILA ORTIZ, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>COAST 2 COAST LENDERS, LLC,<br><br>Defendant. | Case No. 2:25−cv−12408−DML−DRG<br><br>Honorable David M. Lawson |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

　　The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees. The putative class claims are also dismissed without prejudice.

　　RESPECTFULLY SUBMITTED AND DATED this February 13, 2026.

Signatures:

| | |
|---|---|
| /s/ *Anthony I. Paronich*<br>Anthony I. Paronich,<br>**PARONICH LAW, P.C.**<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (508) 221-1510<br>Email: anthony@paronichlaw.com<br><br>*Attorneys for Plaintiff* | /s/ *Khoa D. Trinh*<br>Nathan H. Lichtenstein<br>Khoa D. Trinh<br>ARONBERG GOLDGEHN DAVIS & GARMISA<br>225 W. Washington St., Suite 2800<br>Chicago, IL 60606<br>(312) 755-3177<br>nlichtenstein@agdglaw.com<br>ktrinh@agdglaw.com<br><br>*Attorneys for Coast 2 Coast Lenders, LLC* |

306755141