UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELODY THOMAS and MILA ORTIZ,

                         Plaintiffs,                       Case Number 25-12408

v.                                                 Honorable David M. Lawson

COAST 2 COAST LENDERS, LLC,

                         Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 24), it is **ORDERED** that all of the claims brought in this matter by the plaintiffs, including the putative class claims, are **DISMISSED WITHOUT PREJUDICE** and without costs to any party.  This is a final order of dismissal and disposes of all remaining claims in the case.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
                                        United States District Judge

Dated:  February 13, 2026